**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-41943-ABG |
| | § | |
| JONI P. MASON | § | |
| HOPE L. MASON | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/05/2009. The undersigned trustee was appointed on 11/05/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                               $10,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $8.01 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $6,000.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $3,991.99 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/21/2010 and the deadline for filing government claims was 05/21/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $133.71, for total expenses of $133.71.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/10/2018                     By:  /s/ David P. Leibowitz
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 09-41943-ABG | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MASON, JONI P. AND MASON, HOPE L. | | Date Filed (f) or Converted (c): | 11/05/2009 (f) |
| For the Period Ending: | 5/10/2018 | | §341(a) Meeting Date: | 12/21/2009 |
| | | | Claims Bar Date: | 05/20/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1524 West Monroe Street, Chicago, IL 60607 (Debtor's Residence - Single Family Home) | $525,000.00 | $0.00 | | $0.00 | FA |
| 2 | Chase Checking Account - No Balance Kept | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Checking Account with MWRD Credit Union | $25.00 | $25.00 | | $0.00 | FA |
| 4 | Savings Account with MWRD Credit Union | $100.00 | $100.00 | | $0.00 | FA |
| 5 | Necessary Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 6 | Metropolitan Water & Reclamation District of Greater Chicago Pension (amount listed is approximate) | $20,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2006 Jeep Liberty - Over 67,000 miles | $8,950.00 | $0.00 | | $0.00 | FA |
| 8 | Possible malpractice claim against law firm DeFrees & Fiske LLC and atty Leslie Recht (u) | Unknown | $494,000.00 | | $10,000.00 | FA |
| Asset Notes: | Settlement after appeal taken was approved by order entered on 09/27/2017 at dkt #76. | | | | | |
| 9 | 7710 Oak Ave. Gary IN 46404 (u) | $0.00 | $117,000.00 | OA | $0.00 | FA |
| Asset Notes: | Although property was mentioned in Statement of Financial Affairs, it was not listed in schedules. Property was abandoned by order dated 09/05/2012 (dkt #63). | | | | | |
| 10 | Vacant Lots 7937-7941 and 7945 - Gary IN (u) | $0.00 | $30,000.00 | OA | $0.00 | FA |
| Asset Notes: | Although lots were mentioned in Amended Statement of Financial Affairs, they were not listed in schedules. Lots were abandoned by order dated 09/05/2012 (dkt #63). | | | | | |
| 11 | Household goods and furniture (u) | $2,000.00 | $0.00 | | $0.00 | FA |
| 12 | Security deposit with ComEd (u) | $100.00 | $100.00 | | $0.00 | FA |
| 13 | Costume Jewelry (no resale value) (u) | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Possible legal malpractice claim against attorney Scott D. Hodes (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Statute of limitations expired | | | | | |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$556,575.00    $641,225.00    $10,000.00    $0.00

**Major Activities affecting case closing:**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2  Exhibit A

| Case No.: | 09-41943-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MASON, JONI P. AND MASON, HOPE L. | Date Filed (f) or Converted (c): | 11/05/2009 (f) |
| For the Period Ending: | 5/10/2018 | §341(a) Meeting Date: | 12/21/2009 |
| | | Claims Bar Date: | 05/20/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

05/16/2017  2017 Reporting Period:

Circuit Court of Cook County entered summary judgment against Trustee in Sept. 2016 on malpractice claim against Debtors' former attorneys. Special counsel advised that he strongly disagreed with the decision and suggested an appeal, which the Trustee authorized. In addition, Debtors' former counsel released her $50,000 mortgage against Debtor's property in Indiana, which the Trustee previously abandoned.

In March 2017, Donald Johnson, the Trustee's appellate lawyer, retired and withdrew from the appeal. A motion for extension of time periods was then filed with the Appellate Court, and in April 2017, the Trustee retained new counsel, Adrian Vuckovich, who filed the record on appeal on April 10, 2017. The opening brief is due May 25, 2017; will likely request extension, in which case the brief will be due June 25, 2017.

06/30/2016  2016 Reporting Period:
Per Special Counsel, Donald Johnson, experts are in place and trial is set for September 7, 2016.

06/30/2015  2015 Reporting Period:
Malpractice claim - Discovery stage continues

06/30/2014  2014 Reporting Period:
Malpractice claim - Discovery stage continues

06/30/2013  2013 Reporting Period:
Abandoned properties in Indiana - No equity
Pending legal malpractice claim against DeFrees & Fiske LLC - Donald L Johnson employed as special counsel

**Initial Projected Date Of Final Report (TFR):** 10/01/2015    **Current Projected Date Of Final Report (TFR):** 12/31/2018    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

Page No: 1    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-41943-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MASON, JONI P. AND MASON, HOPE L. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9321 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***9322 | Account Title: | Mason, Joni and Hope |
| For Period Beginning: | 11/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2017 | (8) | XT Catlin | Malpractice Settlement | 1249-000 | $10,000.00 | | $10,000.00 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $9,998.44 |
| 12/04/2017 | | Green Bank | Reverse bank fee | 2600-000 | | ($1.56) | $10,000.00 |
| 12/05/2017 | 3001 | JONI P. MASON and HOPE MASON | Debtor's exempt portion per amended schedule C | 8100-002 | | $6,000.00 | $4,000.00 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.01 | $3,991.99 |
| | | | **TOTALS:** | | $10,000.00 | $6,008.01 | $3,991.99 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,000.00 | $6,008.01 | |
| | | | Less: Payments to debtors | | $0.00 | $6,000.00 | |
| | | | **Net** | | $10,000.00 | $8.01 | |

| For the period of 11/5/2009 to 5/10/2018 | | For the entire history of the account between 10/30/2017 to 5/10/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8.01 | Total Compensable Disbursements: | $8.01 |
| Total Non-Compensable Disbursements: | $6,000.00 | Total Non-Compensable Disbursements: | $6,000.00 |
| Total Comp/Non Comp Disbursements: | $6,008.01 | Total Comp/Non Comp Disbursements: | $6,008.01 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 2  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-41943-ABG | |
| **Case Name:** | MASON, JONI P. AND MASON, HOPE L. | |
| **Primary Taxpayer ID #:** | **-***9321 | |
| **Co-Debtor Taxpayer ID #:** | **-***9322 | |
| **For Period Beginning:** | 11/5/2009 | |
| **For Period Ending:** | 5/10/2018 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4301 |
| **Account Title:** | Mason, Joni and Hope |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $10,000.00 | $6,008.01 | $3,991.99 |

**For the period of 11/5/2009 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.01 |
| Total Non-Compensable Disbursements: | $6,000.00 |
| Total Comp/Non Comp Disbursements: | $6,008.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/05/2009 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8.01 |
| Total Non-Compensable Disbursements: | $6,000.00 |
| Total Comp/Non Comp Disbursements: | $6,008.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIM ANALYSIS REPORT

Page No: 1

Exhibit C

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case No. | 09-41943-ABG | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | MASON, JONI P. AND MASON, HOPE L. | | | | | | | Date: | 5/10/2018 |
| Claims Bar Date: | 05/20/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $133.71 | $0.00 | $0.00 | $0.00 | $133.71 |
| | ADRIAN VUCKOVICH<br><br>Collins Bargione & Vuckovich<br>One North LaSalle Street, Suite 300<br>Chicago IL 60602 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $989.47 | $0.00 | $0.00 | $0.00 | $989.47 |
| | ADRIAN VUCKOVICH<br><br>Collins Bargione & Vuckovich<br>One North LaSalle Street, Suite 300<br>Chicago IL 60602 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $3,333.33 | $0.00 | $0.00 | $0.00 | $3,333.33 |
| 3a | HOWARD & HOWARD ATTYS PLLC<br><br>f/k/a DeFrees & Fiske LLC<br>Attn: T.S. Buckley<br>200 S. Michigan Ave Ste 1100<br>Chicago IL 60604 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4b | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia PA 19114 | Claims of Governmental Units | Allowed | 5800-000 | $8,911.74 | $0.00 | $0.00 | $0.00 | $8,911.74 |

| Case No. | 09-41943-ABG | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MASON, JONI P. AND MASON, HOPE L. | | | | | | | | Date: 5/10/2018 |
| Claims Bar Date: | 05/20/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4a | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia PA 19114 | Certain Internal Revenue Service Tax Liens § 724(b) | Allowed | 4300-070 | $222,392.78 | $0.00 | $0.00 | $0.00 | $222,392.78 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Asta-Vativ<br>PO Box 248838<br>Oklahoma City OK 73124-8838 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $724.99 | $0.00 | $0.00 | $0.00 | $724.99 |
| 2 | U.S. BANK N.A.<br><br>P.O. Box 5229<br>Cincinnati OH 45201 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $385.46 | $0.00 | $0.00 | $0.00 | $385.46 |
| 3 | HOWARD & HOWARD ATTYS PLLC<br><br>f/k/aDeFrees & Fiske LLC<br>Attn: T.S. Buckley<br>200 S. Michigan Ave Ste 1100<br>Chicago IL 60604 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DEPARTMENT OF THE TREASURY<br><br>Internal Revenue Service Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia PA 19114 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $356.30 | $0.00 | $0.00 | $0.00 | $356.30 |
| | | | | | $237,227.78 | $0.00 | $0.00 | $0.00 | $237,227.78 |

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| | | |
|---|---|---|
| Case No. | 09-41943-ABG | Trustee Name: David Leibowitz |
| Case Name: | MASON, JONI P. AND MASON, HOPE L. | Date: 5/10/2018 |
| Claims Bar Date: | 05/20/2010 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Certain Internal Revenue Service Tax Liens § 724(b) | $222,392.78 | $222,392.78 | $0.00 | $0.00 | $0.00 | $222,392.78 |
| Claims of Governmental Units | $8,911.74 | $8,911.74 | $0.00 | $0.00 | $0.00 | $8,911.74 |
| General Unsecured § 726(a)(2) | $5,091.26 | $1,110.45 | $0.00 | $0.00 | $0.00 | $1,110.45 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $70,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Expenses | $989.47 | $989.47 | $0.00 | $0.00 | $0.00 | $989.47 |
| Special Counsel for Trustee Fees | $3,333.33 | $3,333.33 | $0.00 | $0.00 | $0.00 | $3,333.33 |
| Tardy General Unsecured § 726(a)(3) | $356.30 | $356.30 | $0.00 | $0.00 | $0.00 | $356.30 |
| Trustee Compensation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Expenses | $133.71 | $133.71 | $0.00 | $0.00 | $0.00 | $133.71 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       09-41943-ABG
Case Name:      JONI P. MASON
                HOPE L. MASON
Trustee Name:   David P. Leibowitz

Balance on hand:   $3,991.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3a | Howard & Howard Attys PLLC | $70,000.00 | $0.00 | $0.00 | $0.00 |
| 4a | Department of the Treasury | $222,392.78 | $222,392.78 | $0.00 | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $3,991.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Expenses | $133.71 | $0.00 | $119.78 |
| Adrian Vuckovich, Special Counsel for Trustee Fees | $3,333.33 | $0.00 | $2,985.88 |
| Adrian Vuckovich, Special Counsel for Trustee Expenses | $989.47 | $0.00 | $886.33 |

Total to be paid for chapter 7 administrative expenses:   $3,991.99
Remaining balance:   $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $0.00

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,911.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4b | Department of the Treasury | $8,911.74 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,110.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | $724.99 | $0.00 | $0.00 |
| 2 | U.S. Bank N.A. | $385.46 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $356.30 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | Department of the Treasury | $356.30 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

|   |   |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |