**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-41943-ABG |
| | § | |
| JONI P. MASON | § | |
| HOPE L. MASON | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $521,775.00 | Assets Exempt: | $40,800.00 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $312,152.66 |
| Total Expenses of Administration: | $4,000.00 | | |

3) Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $6,000.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $852,679.18 | $292,392.78 | $222,392.78 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,464.52 | $4,464.52 | $4,000.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $11,550.55 | $8,911.74 | $8,911.74 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $290,223.62 | $5,447.56 | $1,466.75 | $0.00 |
| **Total Disbursements** | $1,154,453.35 | $311,216.60 | $237,235.79 | $4,000.00 |

4). This case was originally filed under chapter 7 on 11/05/2009. The case was pending for 104 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2018            By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Possible malpractice claim against law firm DeFrees & Fiske LLC and atty Leslie Recht | 1249-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JONI P. MASON and HOPE MASON | Exemptions | 8100-002 | $6,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $6,000.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3a | Howard & Howard Attys PLLC | 4110-000 | $0.00 | $70,000.00 | $0.00 | $0.00 |
| 4a | Department of the Treasury | 4300-070 | $0.00 | $222,392.78 | $222,392.78 | $0.00 |
| | Chrysler Financial | 4110-000 | $11,912.00 | $0.00 | $0.00 | $0.00 |
| | DLJ Mortgage Capital | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Lake County Recorder | 4110-000 | $93,451.00 | $0.00 | $0.00 | $0.00 |
| | Select Portfolio Servicing for DLJ | 4110-000 | $747,316.18 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $852,679.18 | $292,392.78 | $222,392.78 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2200-000 | NA | $133.71 | $133.71 | $119.78 |
| Green Bank | 2600-000 | NA | $8.01 | $8.01 | $8.01 |
| Adrian Vuckovich, | 3210-600 | NA | $3,333.33 | $3,333.33 | $2,985.88 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Special Counsel for Trustee | | | | | |
| Adrian Vuckovich, Special Counsel for Trustee | 3220-610 | NA | $989.47 | $989.47 | $886.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,464.52 | $4,464.52 | $4,000.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4b | Department of the Treasury | 5800-000 | $0.00 | $8,911.74 | $8,911.74 | $0.00 |
| | Internal Revenue Service | 5800-000 | $7,044.11 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $833.60 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $3,672.84 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $11,550.55 | $8,911.74 | $8,911.74 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | $0.00 | $724.99 | $724.99 | $0.00 |
| 2 | U.S. Bank N.A. | 7100-000 | $0.00 | $385.46 | $385.46 | $0.00 |
| 3 | Howard & Howard Attys PLLC | 7100-000 | $0.00 | $3,980.81 | $0.00 | $0.00 |
| 4 | Department of the Treasury | 7200-000 | $0.00 | $356.30 | $356.30 | $0.00 |
| | Absolute Collection Service | 7100-000 | $1,861.00 | $0.00 | $0.00 | $0.00 |
| | Armor Systems Corporation | 7100-000 | $5,811.00 | $0.00 | $0.00 | $0.00 |
| | Credit Protection Associates | 7100-000 | $328.00 | $0.00 | $0.00 | $0.00 |
| | DeFrees & Fiske | 7100-000 | $24,011.22 | $0.00 | $0.00 | $0.00 |
| | EMC Mortgage | 7100-000 | $40,453.00 | $0.00 | $0.00 | $0.00 |
| | First Premier | 7100-000 | $421.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bank | | | | | |
| | Internal Revenue Service | 7100-000 | $69,741.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $62,488.71 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $17,298.66 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $7,693.78 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $13,231.25 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $35,150.09 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $1,335.91 | $0.00 | $0.00 | $0.00 |
| | Midland Credit Management | 7100-000 | $807.00 | $0.00 | $0.00 | $0.00 |
| | NCO Financial | 7100-000 | $492.00 | $0.00 | $0.00 | $0.00 |
| | Ostrow Reisin Berk & Abrams Ltd | 7100-000 | $9,100.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $290,223.62 | $5,447.56 | $1,466.75 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 09-41943-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MASON, JONI P. AND MASON, HOPE L. | Date Filed (f) or Converted (c): | 11/05/2009 (f) |
| For the Period Ending: | 7/10/2018 | §341(a) Meeting Date: | 12/21/2009 |
| | | Claims Bar Date: | 05/20/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1524 West Monroe Street, Chicago, IL 60607 (Debtor's Residence - Single Family Home) | $525,000.00 | $0.00 | | $0.00 | FA |
| 2 | Chase Checking Account - No Balance Kept | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Checking Account with MWRD Credit Union | $25.00 | $25.00 | | $0.00 | FA |
| 4 | Savings Account with MWRD Credit Union | $100.00 | $100.00 | | $0.00 | FA |
| 5 | Necessary Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 6 | Metropolitan Water & Reclamation District of Greater Chicago Pension (amount listed is approximate) | $20,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2006 Jeep Liberty - Over 67,000 miles | $8,950.00 | $0.00 | | $0.00 | FA |
| 8 | Possible malpractice claim against law firm DeFrees & Fiske LLC and atty Leslie Recht (u) | Unknown | $494,000.00 | | $10,000.00 | FA |
| Asset Notes: | Settlement after appeal taken was approved by order entered on 09/27/2017 at dkt #76. | | | | | |
| 9 | 7710 Oak Ave. Gary IN 46404 (u) | $0.00 | $117,000.00 | OA | $0.00 | FA |
| Asset Notes: | Although property was mentioned in Statement of Financial Affairs, it was not listed in schedules. Property was abandoned by order dated 09/05/2012 (dkt #63). | | | | | |
| 10 | Vacant Lots 7937-7941 and 7945 - Gary IN (u) | $0.00 | $30,000.00 | OA | $0.00 | FA |
| Asset Notes: | Although lots were mentioned in Amended Statement of Financial Affairs, they were not listed in schedules. Lots were abandoned by order dated 09/05/2012 (dkt #63). | | | | | |
| 11 | Household goods and furniture (u) | $2,000.00 | $0.00 | | $0.00 | FA |
| 12 | Security deposit with ComEd (u) | $100.00 | $100.00 | | $0.00 | FA |
| 13 | Costume Jewelry (no resale value) (u) | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Possible legal malpractice claim against attorney Scott D. Hodes (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Statute of limitations expired | | | | | |

**TOTALS (Excluding unknown value)**                            **Gross Value of Remaining Assets**

$556,575.00     $641,225.00       $10,000.00       $0.00

**Major Activities affecting case closing:**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 09-41943-ABG | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MASON, JONI P. AND MASON, HOPE L. | | Date Filed (f) or Converted (c): | 11/05/2009 (f) |
| For the Period Ending: | 7/10/2018 | | §341(a) Meeting Date: | 12/21/2009 |
| | | | Claims Bar Date: | 05/20/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

05/16/2017  2017 Reporting Period:

Circuit Court of Cook County entered summary judgment against Trustee in Sept. 2016 on malpractice claim against Debtors' former attorneys. Special counsel advised that he strongly disagreed with the decision and suggested an appeal, which the Trustee authorized.  In addition, Debtors' former counsel released her $50,000 mortgage against Debtor's property in Indiana, which the Trustee previously abandoned.

In March 2017, Donald Johnson, the Trustee's appellate lawyer, retired and withdrew from the appeal.  A motion for extension of time periods was then filed with the Appellate Court, and in April 2017, the Trustee retained new counsel, Adrian Vuckovich, who filed the record on appeal on April 10, 2017. The opening brief is due May 25, 2017; will likely request extension, in which case the brief will be due June 25, 2017.

06/30/2016   2016  Reporting Period:
Per Special Counsel, Donald Johnson, experts are in place and trial is set for September 7, 2016.

06/30/2015   2015 Reporting Period:
Malpractice claim - Discovery stage continues

06/30/2014   2014 Reporting Period:
Malpractice claim - Discovery stage continues

06/30/2013   2013 Reporting Period:
Abandoned properties in Indiana - No equity
Pending legal malpractice claim against DeFrees & Fiske LLC - Donald L Johnson employed as special counsel

**Initial Projected Date Of Final Report (TFR):**   10/01/2015        **Current Projected Date Of Final Report (TFR):**   12/31/2018        /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-41943-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MASON, JONI P. AND MASON, HOPE L. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9321 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***9322 | Account Title: | Mason, Joni and Hope |
| For Period Beginning: | 11/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/10/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2017 | (8) | XT Catlin | Malpractice Settlement | 1249-000 | $10,000.00 | | $10,000.00 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $9,998.44 |
| 12/04/2017 | | Green Bank | Reverse bank fee | 2600-000 | | ($1.56) | $10,000.00 |
| 12/05/2017 | 3001 | JONI P. MASON and HOPE MASON | Debtor's exempt portion per amended schedule C | 8100-002 | | $6,000.00 | $4,000.00 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.01 | $3,991.99 |
| 06/21/2018 | 3002 | Adrian Vuckovich | Claim #: ; Amount Claimed: $3,333.33; Distribution Dividend: 89.58%; | 3210-600 | | $2,985.88 | $1,006.11 |
| 06/21/2018 | 3003 | Adrian Vuckovich | Claim #: ; Amount Claimed: $989.47; Distribution Dividend: 89.58%; | 3220-610 | | $886.33 | $119.78 |
| 06/21/2018 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $119.78 | $0.00 |
| | | | **TOTALS:** | | $10,000.00 | $10,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $10,000.00 | $10,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $6,000.00 | |
| | | | **Net** | | $10,000.00 | $4,000.00 | |

**For the period of 11/5/2009 to 7/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $6,000.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/30/2017 to 7/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $6,000.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-41943-ABG | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | MASON, JONI P. AND MASON, HOPE L. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9321 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | **-***9322 | Account Title: | Mason, Joni and Hope |
| For Period Beginning: | 11/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/10/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $10,000.00 | $10,000.00 | $0.00 |

| For the period of 11/5/2009 to 7/10/2018 | | For the entire history of the case between 11/05/2009 to 7/10/2018 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,000.00 | Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $6,000.00 | Total Non-Compensable Disbursements: | $6,000.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 | Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ